IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. CR-98-197-T |
| | ) | |
| JEFFERY EARL NORRIS, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Before the court is the government's motion for reduction of sentence pursuant to Rule 35(b) Federal Rules of Criminal Procedure. Upon consideration, the court finds the motion is meritorious and is granted.

The court's sentence of September 15, 2000 is hereby amended as follows:

> The defendant is sentenced to the custody of the Bureau of Prisons for a period of one hundred seven (107) months. All other provisions of the court's September 15, 2000 sentence shall remain in full force and effect.

IT IS SO ORDERED this 11th day of October, 2005.

RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE